NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

M.O.,                                    )
                                         )
            Appellant,                   )
                                         )
v.                                       )          Case No. 2D16-1903
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
                                         )
_____ )

Opinion filed May 26, 2017.

Appeal from the Circuit Court for
Hillsborough County; Robert A. Bauman,
Judge.

Jason D. Sammis and Leslie M. Sammis,
Tampa, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Cornelius C. Demps,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

            We affirm the circuit court's adjudication of delinquency and sentence in all

respects except the restitution order, which, on the State's confession of error, we

reverse and remand for the court to render proper findings.  See M.W.G. v. State, 945

So. 2d 597, 601 (Fla. 2d DCA 2006) ("When no evidence of what the child could reasonably be expected to earn is presented at the restitution hearing, the trial court cannot make a finding on this issue.")

Affirmed in part; reversed in part; remanded.


NORTHCUTT, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.